THE PEOPLE, ex rel. HENRY E. SIEBRECHT, Respondent, *v.* CHARLES M. CLANCY, Justice, etc., Appellant.

(Argued November 21, 1877 ; decided December 4, 1877.)

*Osburn E. Bright,* for appellant.

*Samuel Hand,* for respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.